

**Entered on Docket
July 16, 2007**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

_____

Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
THE COOPER CASTLE LAW FIRM
f/k/a THE COOPER CHRISTENSEN LAW FIRM, LLP
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
yvette@ccfirm.com
Loan No. 078798821 / Our File No. 07-06-4148

Attorney for Secured Creditor
Countrywide Home Loans, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

CHRISTIE J. WEST, et al.,

Debtor(s)

CHAPTER 7
BANKRUPTCY NO.: 07-50508-GWZ
DATE:  July 10, 2007
TIME:   10:00 AM
MOTION NO.:

### CONDITIONAL ORDER TERMINATING THE AUTOMATIC STAY

The matter having been heard by the Court, the Hon. Gregg W. Zive presiding, with the good cause appearing;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Automatic Stay in the above-entitled Bankruptcy case is conditionally extinguished, as may be described below, for all purposes as to Secured Creditor, Countrywide Home Loans, Inc., its assignees and/or successors in interest, who may proceed with a foreclosure of and hold a Trustee's Sale of the subject Property and take all steps necessary to regain title, interest and possession in accordance

with their contractual rights and statutory remedies on the property located and generally described as 3470 Vista Grande Boulevard Carson City, NV 89705, ("Property" herein) and legally described as follows:

SEE ATTACHED LEGAL DESCRIPTION

and Secured Creditor may commence any action necessary to obtain complete possession of the subject Property.

IT IS FURTHER ORDERED that the automatic stay with respect to the bankruptcy estate is immediately extinguished as to Secured Creditor.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the automatic stay with respect to the Debtor shall be extinguished on the later of either the entry of discharge of debtor or August 6, 2007, so as to permit the Debtor the maximum amount of time to pursuant to 11 U.S.C. Sec. 362(c)(2) to recover her equity in the subject real property.

Submitted by:

THE COOPER CASTLE LAW FIRM

By: _____  Date: 7/11/07
Stephanie L. Cooper, Esq.
Attorney for Secured Creditor
Countrywide Home Loans, Inc.

By: _____  Date: 7/11/07
Jeri Coppa-Knudson
Chapter 7 Trustee

Deed #1 Notes For: 20-02118339

ALL THAT REAL PROPERTY SITUATE IN THE NORTHWEST ONE-QUARTER OF THE SOUTHEAST ONE-QUARTER OF SECTION 7, TOWNSHIP 14 NORTH, RANGE 20 EAST, M.D.B. & M. COUNTY OF DOUGLAS, STATE OF NEVADA, DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF LOT 80, RIDGEVIEW ESTATES RECORDED ON DECEMBER 27, 1972, AS DOCUMENT NO. 63503; THENCE ALONG THE NORTH LINE OF SAID SUBDIVISION, SOUTH 89 DEGREES 38 MINUTES 07 SECONDS WEST 248.23 FEET TO A POINT ON THE EASTERLY LINE OF VISTA GRANDE BLVD.; THENCE ALONG SAID EASTERLY LINE ALONG A CURVE CONCAVE TO THE WEST WITH A RADIUS OF 330 FEET, A CENTRAL ANGLE OF 6 DEGREES 35 MINUTES 42 SECONDS AND AN ARC LENGTH OF 37.98 FEET; THENCE NORTH 00 DEGREES 08 MINUTES 40 SECONDS EAST 9.32 FEET TO THE SOUTHWEST CORNER OF THE HARRIS PARCEL, RECORDED IN BOOK 94, PAGE 101, THENCE ALONG THE SOUTH LINE OF SAID PARCEL NORTH 89 DEGREES 33 MINUTES 07 SECONDS EAST 230.00 FEET; THENCE SOUTH 18 DEGREES 41 MINUTES 00 SECONDS EAST 49.72 FEET TO THE POINT OF BEGINNING.

TAX ID# 1420-07-702-003

RE: CHRISTIE J. WEST
BEING THE SAME PROPERTY CONVEYED TO CHRISTIE J. WEST, AN UNMARRIED WOMAN BY DEED FROM GYPSEE A. SOLIS, HUSBAND AND WIFE RECORDED 06/14/1996 IN DEED BOOK   PAGE 390016, IN THE DOUGLAS COUNTY, NEVADA, RECORDER'S OFFICE.

## ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, the undersigned certifies:

 ____The court has waived the requirement of approval under LR 9021.

 ____No parties appeared or filed written objections, and there is no trustee appointed in the case.

 ✓ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond as indicated below:

Jeri Coppa-Knudson - approved